UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
DAYTON DIVISION

**STATE OF ARIZONA, et al.**

    Plaintiffs,

v.

**JOSEPH R. BIDEN, et al.**

    Defendants.

Case No. 3:21cv00314
The Honorable Michael J. Newman

**EMERGENCY MOTION FOR AN ADMINISTRATIVE STAY**

Earlier today, the Court entered a multi-part nationwide injunction against a memorandum issued by the Secretary of Homeland Security. Defendants are currently reviewing and interpreting the Court's written opinion and determining Defendants' obligations under the Court's injunction.

Complying with the Court's injunction will, at the least, require a shift in the way that DHS has been operating for the past several months. It will, at the least, require Defendants to develop and disseminate usable operational guidance to the approximately 12,000 immigration officers within U.S. Immigration and Customs Enforcement. Defendants therefore respectfully request that the Court enter a two-week administrative stay of its order, so that Defendants may implement the injunction in an orderly fashion and potentially seek further relief, such as clarification or a motion for stay pending appeal, from this Court or other courts, as necessary. If Defendants elect to move for a stay or other relief before this Court, they will do so as soon as possible. Plaintiffs oppose this motion.

Defendants respectfully request that the Court rule on Defendants' motion for a two-week administrative stay as soon as possible.

Dated: March 22, 2022            Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Michael F. Knapp*
MICHAEL F. KNAPP
  CA Bar No. 314104
  Trial Attorney
ADAM D. KIRSCHNER
  IL Bar. No. 6286601
  Senior Trial Counsel
BRIAN C. ROSEN-SHAUD
  ME Bar No. 006018
  Trial Attorney
KUNTAL CHOLERA
  DC Bar No. 1031523
  Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 514-2071
Fax: (202) 616-8460
Email: Michael.F.Knapp@usdoj.gov

EREZ REUVENI
  CA Bar No. 264124
  Assistant Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Email: Erez.R.Reuveni@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on March 22, 2022.

*/s/ Michael F. Knapp*

MICHAEL F. KNAPP