UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

STATE OF ARIZONA, *et al.*,

    Plaintiffs,                                                      Case No. 3:21-cv-314

vs.

JOSEPH R. BIDEN, *et al.*,                           District Judge Michael J. Newman
                                                                       Magistrate Judge Peter B. Silvain, Jr.

    Defendants.

_____

**ORDER: (1) GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY PROCEEDINGS (DOC. NO. 60); AND (2) STAYING FURTHER PROCEEDINGS IN THIS COURT PENDING COMPLETION OF APPELLATE REVIEW**
_____

After due consideration, Defendants' Unopposed Motion to Stay Proceedings (Doc. No. 60) is **GRANTED**. Further proceedings in this Court are stayed until appellate review of this Court's March 22, 2022 Order is fully concluded.

    **IT IS SO ORDERED**.

Date:   April 20, 2022                                       s/Michael J. Newman
                                                                      Hon. Michael J. Newman
                                                                      United States District Judge