UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

STATE OF ARIZONA, *et al.*,

    Plaintiffs,

vs.

JOSEPH R. BIDEN, *et al.*,

    Defendants.

Case No. 3:21-cv-314

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE STAY OF PROCEEDINGS (DOC. NO. 63); AND (2) STAYING FURTHER PROCEEDINGS IN THIS COURT PENDING THE SUPREME COURT'S RESOLUTION OF *UNITED STATES v. TEXAS*, NO. 22-58 (2022)**

---

After due consideration, Plaintiffs' Unopposed Motion to Continue Stay of Proceedings (Doc. No. 63) is **GRANTED**. Further proceedings in this Court are stayed pending the Supreme Court's resolution of *United States v. Texas*, No. 22-58 (2022).

    **IT IS SO ORDERED**.

Date:  August 31, 2022

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge