IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STATE OF ARIZONA; STATE OF MONTANA; and STATE OF OHIO,<br>*Plaintiffs*,<br>v.<br>JOSEPH R. BIDEN, et al.,<br>*Defendants*. | Case No. 3:21-cv-314<br><br>Judge Michael J. Newman |

## NOTICE OF DISMISSAL

The plaintiffs voluntarily dismiss this action under Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

DAVE YOST (0056290)
Ohio Attorney General

/s/ Benjamin M. Flowers
BENJAMIN M. FLOWERS* (0095284)
Solicitor General
  *Trial Attorney
30 East Broad Street, 17th Floor
6l4-466-8980
614-466-5087 fax
benjamin.flowers@ohioattorneygeneral.gov

*Counsel for Plaintiff State of Ohio*

KRIS MAYES
Arizona Attorney General

Anthony R. Napolitano (*pro hac vice*)
Bergin Frakes Smalley & Oberholzer PLLC
4343 E. Camelback Road #210
Phoenix, Arizona 85018
anapolitano@bfsolaw.com

*Counsel for Plaintiff State of Arizona*

1

AUSTIN KNUDSEN
Montana Attorney General

Christian B. Corrigan (*pro hac vice*)
Assistant Solicitor General
215 N Sanders St.
Helena, MT 59601
Phone: (406)-444-2026
Christian.Corrigan@mt.gov

*Counsel for Plaintiff State of Montana*

## CERTIFICATE OF SERVICE

On June 27, 2023, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Ohio, using the Court's electronic case filing system.

                                             /s/ Benjamin M. Flowers
                                             Benjamin M. Flowers

                                             *Counsel for the State of Ohio*